

ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

JAN 12 2006

CLERK, U.S. DISTRICT COURT
By_____
        Deputy



| | |
|---|---|
| **In Re:** | § |
| | § |
| **ACCIDENT AND INJURY PAIN** | § |
| **CENTERS, INC., ET AL.** | § **Bankruptcy Case No. 05-31688-HDH-11** |
| | § **(Jointly Administered)** |
| Debtors. | § |

| | |
|---|---|
| **ACCIDENT AND INJURY PAIN** | § |
| **CENTERS, INC., ET AL.** | § |
| | § **Civil Action NO. 3:05-CV-2510-G** |
| Plaintiffs, | § |
| v. | § **Bankruptcy Adversary No. 05-03680** |
| | § |
| **ADRIAN L. CRANE and LAW OFFICES OF** | § |
| **ADRIAN L. CRANE & ASSOCIATES, P.C.,** | § |
| | § |
| Defendants. | § |

**REPORT AND RECOMMENDATION TO THE**
**DISTRICT COURT ON THE MOTION TO WITHDRAW THE REFERENCE**

A motion to withdraw the reference of the above entitled adversary proceeding was filed

on December 21, 2005. The bankruptcy court conducted a status conference concerning the

motion to withdraw the reference on January 5, 2006. The bankruptcy court submits the

following report to the United States District Court:

1.      A response to the motion has been filed. The motion is opposed by the Plaintiff.

2.      At the status conference on the motion to withdraw the reference, the bankruptcy court,

        on its own motion, announced that this adversary proceeding, along with nine other

        related adversary proceedings was stayed until the District Court rules on the motions to

        withdraw the reference filed in the individual adversary proceedings.

3.      This proceeding involves both core and non-core matters.  For non-core or mixed core
        and non-core matters, the Defendants do not consent to the entry of a final judgment or
        order by the bankruptcy court pursuant to 28 U.S.C. § 157(c)(2).

4.      Several of the claims in this proceeding invoke the parties' right to a jury trial.  A jury
        trial was timely requested by the Defendants.  The Defendants do not consent to the
        bankruptcy judge conducting the jury trial pursuant to 11 U.S.C. § 157(e).

5.      The parties are not currently ready for trial, but have agreed to set a scheduling
        conference and enter into a scheduling order after the District Court rules on the motion
        to withdraw the reference.

6.      This adversary proceeding relates to a number of other pending adversary proceedings all
        arising in a single bankruptcy case.  The proceedings will involve common issues and
        facts.  Having a single bankruptcy judge determine discovery and pretrial matters
        promotes judicial economy.  Therefore, the bankruptcy court recommends that the district
        court grant the motion to withdraw the reference upon certification by the bankruptcy
        court that the parties are ready for trial; and that the district court refer all pre-trial matters
        to the bankruptcy court.

Dated:      1 | 10 | 06

                                        Respectfully submitted,


                                        _____
                                        Judge Harlin D. Hale
                                        United States Bankruptcy Judge



cc: Counsel

**Report and Recommendation District Court on Motion to Withdraw the Reference**                    **Page 2**