UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY CASE NO. |
| ACCIDENT AND INJURY PAIN | ) | |
| CENTERS, INC., ET AL., | ) | 05-31688-HDH-11 |
| | ) | |
| Debtors. | ) | |
| ------------------------------------------------------- | ) | |
| ACCIDENT AND INJURY PAIN | ) | |
| CENTERS, INC., ET AL., | ) | |
| | ) | CIVIL ACTION NO. |
| Appellants, | ) | |
| | ) | 3:05-CV-2510-G |
| VS. | ) | |
| | ) | **ECF** |
| ADRIAN L. CRANE and LAW OFFICES | ) | |
| OF ADRIAN L. CRANE & | ) | |
| ASSOCIATES, P.C., | ) | |
| | ) | |
| Appellees. | ) | |

### ORDER

Before the court is the motion of the defendants, Adrian L. Crane and Law Offices of Adrian L. Crane & Associates, P.C., to withdraw order of reference to the bankruptcy court in Adversary Proceeding No. 05-03680 pursuant to 28 U.S.C.

§ 157(d)[*]. Responding to the motion, on January 12, 2006, Judge Harlin D. Hale of the United States Bankruptcy Court for the Northern District of Texas issued a report and recommendation to the district court on the motion to withdraw reference.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, the bankruptcy court's report, including the recommendations contained in ¶ 6, is **ADOPTED** and made a part of this order by specific reference.

**SO ORDERED**.

January 17, 2006.

_____
A. JOE FISH
CHIEF JUDGE

---

[*] Section 157(d) provides, in pertinent part: "The district court may withdraw, in whole or in part, any case or proceeding referred under this section, on its own motion or on timely motion of any party, for cause shown."